

1  Caingat_R.disb

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00132 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION FOR DISBURSEMENT OF UNCLAIM FUNDS |
| ROGELIO L. CAINGAT, | ) | |
| Defendant. | ) | |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order disbursing the amount of $123.18 owed to Alice Carr Dyrsmid currently held in unclaim funds and in support hereof, states as follows:

1. On January 9, 2002, a Petition to Transfer Restitution to the Unclaimed Funds; Order was filed which ordered the paid portions of the restitution in the amount of $135.12 be transferred to unclaimed funds of which, $123.18 is owed to Alice Carr Dyrsmid. See Attachment "A."

//

//

2. On December 24, 2003, our office received information confirming the address to disburse restitution funds owed to restitution recipient Alice Carr Dyrsmid in criminal court no. 93-00132. See Attachment "B."

3. In the interest of justice, the $123.18 owed to Alice Carr Dyrsmid currently held in unclaimed funds be disbursed to the address provided in attachment B.

RESPECTFULLY SUBMITTED this 25th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

COPY

CAINGAT_R.pet

FREDERICK A. BLACK
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00132 |
| ) | |
| Plaintiff, ) | |
| ) | PETITION TO TRANSFER |
| v. ) | RESTITUTION TO THE |
| ) | UNCLAIMED FUNDS; ORDER |
| ROGELIO L. CAINGAT, ) | |
| ) | |
| Defendant. ) | |

### PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring the restitution imposed upon and paid by Defendant ROGELIO L. CAINGAT (hereinafter referred to as "Defendant CAINGAT") in Criminal Case No. 93-00132 to unclaimed funds and in support states as follows:

1. On June 3, 1994, sentence was imposed by this Court against Defendant CAINGAT. Among other things, a $400.00 special assessment fee and restitution in the amount of $34,251.40 was ordered. See Attachment "A."

//
//
//

2.      Defendant CAINGAT made payments totaling $75.00 through the Bureau of Prison's Inmate Financial Responsibility Program as partial payment towards his special assessment fee imposed. See Attachment "B."

3.      On or about March 9, 1995 through February 19, 1998, Defendant CAINGAT made payments totaling $800.00 to the U.S. District Court of Guam of which $475.00 was applied towards his restitution and $325.00 was applied towards his special assessment fee paying the special assessment fee in full. See Attachment "B."

4.      A balance of $135.12 remains in the Court Registry of which $123.18 is owed to Alice Carr Dyrsmid and $11.94 is owed to Jesus P. Lopez.

5.      On or about December 13, 2001, we received information from the Department of Health Services, Office of Vital Records, that Alice Carr Dyrsmid is deceased. See Attachment "C."

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. Correspondence sent to the last known address of Jose P. Lopez was returned as undeliverable. No current address is available for Jose P. Lopez.

WHEREFORE, the United States of America respectfully requests that this Court transfer the restitution balance in the Court Register paid by Defendant CAINGAT in the amount of $135.12 to unclaimed funds.

Plaintiff further requests that any future payments made by Defendant CAINGAT to be disbursed to Alice Carr Dyrsmid and/or Jose P. Lopez be transferred to unclaimed funds.

DATED this 4th day of January, 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## ORDER

Based upon the foregoing, the paid portions of the restitution in the amount of $135.12 is transferred to unclaimed funds. Any future payments made by Defendant CAINGAT to be disbursed to Alice Carr Dyrsmid and/or Jose P. Lopez be transferred to unclaimed funds.

DATED: JAN - 9 2002

/s/ John S Unpingco
_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE     : U.S. ATTORNEY GUAM

| USAO NUMBER | NAME-OF-DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| CAINGAT | ROGEL | 11/09/94 | $25.00 | 108-5-002 | 85828-022 | CR9300132 | JUDJC | XCVF | FCI, OAKDALE |

COLLECTION OFFICE TOTALS - CHECKS -    6         $206.00

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

GRAND TOTALS         CHECKS -    6         $206.00

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 6 | $206.00 |



short

TH-ENDING DECEMBER/31/1994  U.S. DEPARTMENT OF JUSTICE  L200-DMS-123L
PRINTED ON-12/22/1994  DEBT MANAGEMENT SYSTEM  PAGE 1

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

ION OFFICE CODE: GU
LECTION OFFICE : U.S. ATTORNEY GUAM

| SAO MBER | NAME-OF-DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| 009_ | CAINGAT ROGEL | 12/07/94 | $25.00 | 108-5-003 | 85028-022 | CR9300132 | JUOJC | XCVF | FCI, OAKDALE |
| 0098 | | | | | | | | | |

ON OFFICE TOTALS - CHECKS - 10  $274.00

TH-ENDING DECEMBER/31/1994  U.S. DEPARTMENT OF JUSTICE  L200-DMS-123L
PRINTED ON-12/22/1994  DEBT MANAGEMENT SYSTEM  PAGE 2

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

TOTALS  CHECKS - 10  $274.00
DECEMBER/31/1994  U.S. DEPARTMENT OF JUSTICE  L200-DMS-123L
PRINTED ON-12/22/1994  DEBT MANAGEMENT SYSTEM  PAGE 3

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 10 | $274.00 |

ECEMBER/31/1994  U.S. DEPARTMENT OF JUSTICE  L200-DMS-123L
D ON-12/22/1994  DEBT MANAGEMENT SYSTEM  PAGE 4

ENTERED

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE     : U.S. ATTORNEY GUAM

| USAO NUMBER | NAME-OF-DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| 20096 | | | | | | | | | |
| 20096 | CAINGAT ROGEL | 01/11/95 | $25.00 | 108-5-004 | 85028-022 | CR9300132 | JUOJC | XCVF | FCI, OAKDALE |

COLLECTION OFFICE TOTALS - CHECKS -    13           $353.00

NTH-ENDING    JANUARY/31/1995            U.S. DEPARTMENT OF JUSTICE              L200-DMS-123L
         PRINTED ON-01/27/1995              DEBT MANAGEMENT SYSTEM                    PAGE     2

                              BANK-TRANSMISSION-DATE--01/27/95
                 BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

TOTALS            CHECKS -    13           $353.00

              JANUARY/31/1995            U.S. DEPARTMENT OF JUSTICE              L200-DMS-123L
         PRINTED ON-01/27/1995              DEBT MANAGEMENT SYSTEM                    PAGE     3

                              BANK-TRANSMISSION-DATE--01/27/95
                 BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 13 | $353.00 |

NTH-ENDING    JANUARY/31/1995            U.S. DEPARTMENT OF JUSTICE              L200-DMS-123L
         PRINTED ON-01/27/1995              DEBT MANAGEMENT SYSTEM                    PAGE     4

NAME: Rogelio R. Caingat   CASE NO. CR-93-00132

SPECIAL ASSESSMENT FEE AMOUNT: $ 400.00

(✓) RESTITUTION                    ( ) FINE

TOTAL AMOUNT: $ 34,251.40          TOTAL AMOUNT: $ _____

## PAYMENTS RECEIVED

| DATE | AMOUNT | RECEIPT NO. |
|---|---|---|
| 3/9/95 S/A | $ 25.00 | 11465 |
| 3/24/95 S/A | 25.00 | 11511 |
| 4/24/95 S/A | 25.00 | 11598 |
| 5/16/95 S/A | 50.00 | 11688 |
| 7/27/95 S/A | 25.00 | 11927 |
| 8/22/95 S/A | 50.00 | 12008 Reets |
| 9/7/95 S/A | 25.00 | 12059 |
| 11/2/95 S/A | 50.00 | 12212 |
| 7/1/96 R | 25.00 | 12890 |
| 8/5/96 R | 25.00 | 12996 |
| 9/12/96 R | 25.00 | 13106 |
| 10/2/96 R | 25.00 | 13155 |
| 11/12/96 R | 25.00 | 13256 |
| 12/2/96 R | 25.00 | 13301 |
| 1/23/97 R | 25.00 | 13455 |
| 2/5/97 R | 25.00 | 13498 |
| 3/3/97 R | 50.00 | 13570 |

SUBTOTAL: $ 525.00

B

FILE



№ 035

District Court of Guam
at Agana, Guam

RECEIPT FOR PAYMENT

Date: June 26, 1995

Received From: Rogelio L. Caingat
P.O. Box 8265
Tamuning, Gu. 96931

Remarks: (partial) Assessment fee

| Account | Amount |
|---|---|
| 504100 | 50.00 |
| | |
| | |
| | |
| Total: | $50.00 |

Case Number/Reference: CR 93-00132

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: 6/26/95 | Cash | Check | M.O. X |

Deputy Clerk: [signature]

Distribution: White-Original  Yellow-Duplicate  Pink-Triplicate

RECEIVED
JUN 29 1995
U.S. ATTORNEY'S OFFICE
District of Guam

## PAYMENT RECEIVED - CONTINUATION

NAME: Rogelio L. Caingat  CASE NO. CR-93-00132

| DATE | AMOUNT | RECEIPT NO. |
|---|---|---|
| 5/1/97 R | $ 25.00 | 13735 |
| 6/4/97 R | 25.00 | 13849 |
| 7/11/97 R | 25.00 | 13965 |
| 8/4/97 R | 25.00 | 14022 |
| 9/8/97 R | 25.00 | 14067 |
| 10/14/97 R | 25.00 | 14187 |
| 12/5/97 R | 50.00 | 14325 |
| 2/1/98 2/19/98 R | 25.00 | 14555 |

SUBTOTAL: $_____

# STATE OF CALIFORNIA
## DEPARTMENT OF HEALTH SERVICES

**94-169652**

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3-94-47-000312

| Field | Value |
|---|---|
| 1. Name of Decedent—First | Alice |
| 2. Middle | Carr |
| 3. Last (Family) | Dyrsmid |
| 4. Date of Birth | 06/14/1901 |
| 5. Age | 93 |
| 6. Sex | F |
| 7. Date of Death | 09/30/1994 |
| 8. Hour | 1142 |
| 9. State of Birth | CA |
| 10. Social Security No. | 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 |
| 11. Military Service | None |
| 12. Marital Status | Widowed |
| 13. Education—Years Completed | 16 |
| 14. Race | White |
| 15. Hispanic | No |
| 16. Usual Employer | Lincoln High School |
| 17. Occupation | Teacher |
| 18. Kind of Business | Secondary Ed. |
| 19. Years in Occupation | 8 |
| 20. Residence | 705 N. Hwy 3 |
| 21. City | Etna |
| 22. County | Siskiyou |
| 23. Zip Code | 96027 |
| 24. Yrs in County | 6 |
| 25. State or Foreign Country | California |
| 26. Informant Name, Relationship | W. J. Morrison—nephew |
| 27. Mailing Address | 705 N. Hwy 3, Etna, CA 96027 |
| 31. Name of Father—First | James |
| 32. Middle | Hale |
| 33. Last | Carr |
| 34. Birth State | VA |
| 35. Name of Mother—First | Lena |
| 36. Middle | M. |
| 37. Last Maiden | McConnell |
| 38. Birth State | IA |
| 39. Date of Disposition | 10/07/1994 |
| 40. Place of Final Disposition | Newcastle Cemetery, Newcastle, CA |
| 41. Type of Disposition | Cremation |
| 42. Signature of Embalmer | Not Embalmed |
| 44. Funeral Director | Girdner Funeral Chapel |
| 45. License No. | FD 201 |
| 46. Signature of Local Registrar | David J Elledge |
| 47. Date | 10/05/1994 |
| 101. Place of Death | Beverly Manor Conv. Hosp. |
| 104. County | Siskiyou |
| 105. Street Address | 1515 South Oregon |
| 106. City | Yreka |

**107. Death was caused by:**
- (A) Cardiorespiratory Arrest — min.
- (B) Intractable Congestive Heart Failure — mnths.
- (C) Ischemic Cardiomyopathy — yrs.
- (D) Coronary Artery Disease — yrs.

108. Death Reported to Coroner: Yes — 94-2877
109. Biopsy Performed: No
110. Autopsy Performed: No

112. Other Significant Conditions: Dementia

115. Signature and Title of Certifier
116. License No.: G51933
117. Date: 10/04/1994
118. Attending Physician: George Laws, MD, 534 S. Main, Yreka, CA 96097
Decedent attended since: 06-28-88
Decedent last seen alive: 06-17-94

STATE REGISTRAR: A 4 X C 2 D

This is to certify that this document is a true copy of the official record filed with the Office of Vital Records.

01 DEC -3 PM 1:59

MICHAEL L. RODRIAN
STATE REGISTRAR OF VITAL RECORDS

*001283355*



Victim Restitution Confirmation/Assignment
RE: <u>United States vs. Vivian C. Ramos</u>, Criminal Court No. 93-00132

RETURN TO: UNITED STATES ATTORNEY'S OFFICE
ATTN: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059

---

__X__ The address/payee listed below is correct.

Alice Carr Dyrsmid
(deceased September 30, 2004)
705 North Hwy. 3
Etna, CA 96027

*RECEIVED DEC 30 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM*

---

____ The address is incorrect. Please forward to the following address:

*U.S. ATTORNEY'S OFFICE DISTRICTS OF GUAM & NMI DEC 24 2003 RECEIVED*

---

My tax identification number/social security number is _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_

*With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this Restitution Confirmation / Assignment is submitted by me to effect action by the U.S. Department of Justice, I certify that I believe the above statement is true.*

_William J. Morrison_
(LEGAL SIGNATURE)

Name, Title and Contact Number (Please Print)   ~~Executor~~ WILLIAM S. MORRISON
EXECUTOR
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

---

____ I (we) elect to assign the restitution ordered to be paid to the Federal Crime Victim's Fund. By my signature below I certify that I have the authority to make this assignment.

_____
(LEGAL SIGNATURE)

**B**

Case 1:93-cr-00132   Document 97   Filed 01/26/2006   Page 13 of 15

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| FRIEDMAN & RAU<br>301 South Street<br>P. O. Box 596<br>Yreka, CA 96097 | (916) 842-4483 | FILED<br>Oct 31 4 33 PM '94 |

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SISKIYOU
STREET ADDRESS: 311 Fourth Street
MAILING ADDRESS: P. O. Box 338
CITY AND ZIP CODE: Yreka, CA 96097
BRANCH NAME: YREKA DIVISION

ESTATE OF (NAME): ALICE CARR DYRSMID, DECEDENT

**LETTERS**

[X] TESTAMENTARY
[ ] OF ADMINISTRATION WITH WILL ANNEXED
[ ] OF ADMINISTRATION
[ ] SPECIAL ADMINISTRATION

CASE NUMBER: **P13342**

**LETTERS**

1. [X] The last will of the decedent named above having been proved, the court appoints (name):
   William J. Morrison
   a. [X] Executor
   b. [ ] Administrator with will annexed
2. [ ] The court appoints (name):
   a. [ ] Administrator of the decedent's estate
   b. [ ] Special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate
      (2) [ ] with the powers of a general administrator
3. [X] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act [X] with full authority [ ] with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

WITNESS, clerk of the court, with seal of the court affixed.

Date: 10
LISA CHANDLER
Clerk, by _____, Deputy

[SEAL]

**AFFIRMATION**

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 1140(b)).
2. [X] INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.
3. [ ] INSTITUTIONAL FIDUCIARY (name):
   I solemnly affirm that the institution will perform the duties of personal representative according to law.
   I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): OCT 31 1994
   at (place): Yreka, California.

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
DEC 24 2003
RECEIVED

_____
(SIGNATURE)

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

Date: DEC 17 2003
Clerk, by LARRY D. GOBELMAN
_____
(DEPUTY)

Form Approved by the Judicial Council of California
DE-150 (Rev. July 1, 1988)

**LETTERS**
(Probate)

Probate Code, §§ 463, 465, 501, 502, 540
Code of Civil Procedure, § 2015.6

| FRIEDMAN & RAU | (916) 842-4483 |
|---|---|
| 301 South Street | |
| P. O. Box 596 | |
| Yreka, CA 96097 | |

ATTORNEY FOR (Name): Petitioner

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SISKIYOU
STREET ADDRESS: 311 Fourth Street
MAILING ADDRESS: P. O. Box 338
CITY AND ZIP CODE: Yreka, CA 96097
BRANCH NAME: YREKA DIVISION

ESTATE OF (NAME): ALICE CARR DYRSMID, DECEDENT

**ORDER FOR PROBATE**

ORDER APPOINTING:
- [X] Executor
- [ ] Administrator with Will Annexed
- [ ] Administrator
- [ ] Special Administrator

[X] Order Authorizing Independent Administration of Estate
[X] with full authority  [ ] with limited authority

CASE NUMBER: **P13342**

FILED Oct 31 2:04 PM '94

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
DEC 24 2003
RECEIVED

1. Date of hearing: 10/31/94   Time: 11:00am   Dept/Rm:   Judge: Lynn D. Compton, Judge (Assigned)

THE COURT FINDS

2. a. All notices required by law have been given.
   b. Decedent died on (date): 9/30/94
      (1) [X] a resident of the California county named above
      (2) [ ] a nonresident of California and left an estate in the county named above
   c. Decedent died
      (1) [ ] intestate
      (2) [X] testate and decedent's will dated: 6/18/86
          and each codicil dated: 3/22/88
          was admitted to probate by Minute Order on (date): October 31, 1994

THE COURT ORDERS

3. (Name): William J. Morrison
   is appointed personal representative:
   a. [X] Executor of the decedent's will
   b. [ ] Administrator with will annexed
   c. [ ] Administrator
   d. [ ] Special Administrator
      (1) [ ] with general powers
      (2) [ ] with special powers as specified in Attachment 3d
      (3) [ ] without notice of hearing

   and letters shall issue on qualification.

4. a. [X] Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. [ ] Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. [X] Bond is not required.
   b. [ ] Bond is fixed at: $       to be furnished by an authorized surety company or as otherwise provided by law.
   c. [ ] Deposits of: $        are ordered to be placed in a blocked account at (specify institution and location):
         and receipts shall be filed. No withdrawals shall be made without a court order.

6. [X] (Name): Ronna J. Henson    is appointed probate referee.

Date: October 31, 1994

s/ Compton
JUDGE OF THE SUPERIOR COURT

7. [ ] Number of pages attached:      [ ] Signature follows last attachment.

Form Approved by the Judicial Council of California DE-140 (Rev. July 1, 1988)

**ORDER FOR PROBATE**

Probate Code, § 329