CAINGAT_R.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 93-00132 |
|---|---|
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| ROGELIO L. CAINGAT, | ) Re: United States Petition for Disbursement of Unclaimed Funds |
| Defendant. | ) |

Based upon the Plaintiff's, Petition for Disbursement of Unclaim Funds, the amount of $123.18 owed to Alice Carr Dyrsmid currently held in unclaimed funds shall be disbursed to Alice Carr Dyrsmid at the address provided in the Petition.

**SO ORDERED** this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL