ORIGINAL

Caingat_R.disb2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAR -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 93-00132 |
| Plaintiff, | |
| v. | PETITION FOR DISBURSEMENT OF UNCLAIM FUNDS |
| ROGELIO L. CAINGAT, | |
| Defendant. | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order disbursing the amount of $11.64 owed to Jesus P. Lopez currently held in unclaim funds and in support hereof, states as follows:

1. On January 9, 2002, a Petition to Transfer Restitution to the Unclaimed Funds; Order was filed which ordered the paid portions of the restitution in the amount of $135.12 be transferred to unclaimed funds of which, $11.94 is owed to Jesus P. Lopez. See Attachment "A."

//
//
//

2. On April 5, 2005, our office received information confirming the address to disburse restitution funds owed to restitution recipient Jesus P. Lopez in criminal court no. 93-00132. See Attachment "B."

3. In the interest of justice, the $11.94 owed to Jesus P. Lopez currently held in unclaimed funds be disbursed to the address provided in attachment B.

RESPECTFULLY SUBMITTED this 28th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

CAINGAT_R.pet

FREDERICK A. BLACK
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00132 |
| Plaintiff, ) | |
| ) | PETITION TO TRANSFER |
| v. ) | RESTITUTION TO THE |
| ) | UNCLAIMED FUNDS; ORDER |
| ROGELIO L. CAINGAT, ) | |
| Defendant. ) | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring the restitution imposed upon and paid by Defendant ROGELIO L. CAINGAT (hereinafter referred to as "Defendant CAINGAT") in Criminal Case No. 93-00132 to unclaimed funds and in support states as follows:

1. On June 3, 1994, sentence was imposed by this Court against Defendant CAINGAT. Among other things, a $400.00 special assessment fee and restitution in the amount of $34,251.40 was ordered. See Attachment "A."

//
//
//

2.  Defendant CAINGAT made payments totaling $75.00 through the Bureau of Prison's Inmate Financial Responsibility Program as partial payment towards his special assessment fee imposed. See Attachment "B."

3.  On or about March 9, 1995 through February 19, 1998, Defendant CAINGAT made payments totaling $800.00 to the U.S. District Court of Guam of which $475.00 was applied towards his restitution and $325.00 was applied towards his special assessment fee paying the special assessment fee in full. See Attachment "B."

4.  A balance of $135.12 remains in the Court Registry of which $123.18 is owed to Alice Carr Dyrsmid and $11.94 is owed to Jesus P. Lopez.

5.  On or about December 13, 2001, we received information from the Department of Health Services, Office of Vital Records, that Alice Carr Dyrsmid is deceased. See Attachment "C."

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. Correspondence sent to the last known address of Jose P. Lopez was returned as undeliverable. No current address is available for Jose P. Lopez.

WHEREFORE, the United States of America respectfully requests that this Court transfer the restitution balance in the Court Register paid by Defendant CAINGAT in the amount of $135.12 to unclaimed funds.

Plaintiff further requests that any future payments made by Defendant CAINGAT to be disbursed to Alice Carr Dyrsmid and/or Jose P. Lopez be transferred to unclaimed funds.

DATED this 4th day of January, 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## ORDER

Based upon the foregoing, the paid portions of the restitution in the amount of $135.12 is transferred to unclaimed funds. Any future payments made by Defendant CAINGAT to be disbursed to Alice Carr Dyrsmid and/or Jose P. Lopez be transferred to unclaimed funds.

DATED: JAN - 9 2002

/s/ John S. Unpingco
_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE : U.S. ATTORNEY GUAM

| USAO NUMBER | NAME-OF-DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| CAINGAT | ROGEL | 11/09/94 | $25.00 | 108-5-002 | 85028-022 | CR9300132 | JUDJC | XCVF | FCI, OAKDALE |

COLLECTION OFFICE TOTALS - CHECKS - 6    $206.00

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

GRAND TOTALS    CHECKS - 6    $206.00

BANK-TRANSMISSION-DATE--11/23/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 6 | $206.00 |

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

ION OFFICE CODE: GU
LECTION OFFICE    : U.S. ATTORNEY GUAM

| SAO/IBER | NAME-OF-DEBTOR | | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 | CAINGAT | ROGEL | 12/07/94 | $25.00 | 108-5-003 | 85028-022 | CR9300132 | JUOJC | XCVF | FCI, OAKDALE |
| 098 | | | | | | | | | | |

ON OFFICE TOTALS - CHECKS -   10        $274.00

-ENDING DECEMBER/31/1994          U.S. DEPARTMENT OF JUSTICE          L200-DMS-123L
PRINTED ON-12/22/1994              DEBT MANAGEMENT SYSTEM              PAGE    2

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

TALS           CHECKS -   10        $274.00
  DECEMBER/31/1994          U.S. DEPARTMENT OF JUSTICE          L200-DMS-123L
  PRINTED ON-12/22/1994        DEBT MANAGEMENT SYSTEM             PAGE    3

BANK-TRANSMISSION-DATE--12/22/94
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 10 | $274.00 |

ECEMBER/31/1994          U.S. DEPARTMENT OF JUSTICE          L200-DMS-123L
D ON-12/22/1994            DEBT MANAGEMENT SYSTEM               PAGE    4

ENTERED
12/20/94

BANK-TRANSMISSION-DATE--01/27/95
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

LLECTION OFFICE CODE: GU
LLECTION OFFICE      : U.S. ATTORNEY GUAM

| USAO NUMBER | NAME-OF-DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REGISTER-NO | DOCKET/ COURT-NO. | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| 0096 | CAINGAT ROGEL | 01/11/95 | $25.00 | 108-5-004 | 85028-022 | CR9300132 | JUOJC | XCVF | FCI, OAKDALE |

LLECTION OFFICE TOTALS - CHECKS - 13    $353.00

TH-ENDING  JANUARY/31/1995            U.S. DEPARTMENT OF JUSTICE           L200-DMS-123L
         PRINTED ON-01/27/1995             DEBT MANAGEMENT SYSTEM               PAGE    2

BANK-TRANSMISSION-DATE--01/27/95
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

OTALS            CHECKS -   13        $353.00
    G    JANUARY/31/1995         U.S. DEPARTMENT OF JUSTICE           L200-DMS-123L
         PRINTED ON-01/27/1995        DEBT MANAGEMENT SYSTEM               PAGE    3

BANK-TRANSMISSION-DATE--01/27/95
BOP INMATE OFFSET PROGRAM - MONTHLY PAYMENT REPORT BY COLLECTION OFFICE

COLLECTION OFFICE CODE RECAP TOTALS

| CODE | COLLECTION OFFICE NAME | NO-CHECKS | AMOUNT-COLLECTED |
|---|---|---|---|
| GU | U.S. ATTORNEY GUAM | 13 | $353.00 |

H-ENDING  JANUARY/31/1995            U.S. DEPARTMENT OF JUSTICE           L200-DMS-123L
         PRINTED ON-01/27/1995             DEBT MANAGEMENT SYSTEM               PAGE    4

NAME: Rogelio R. Caingat   CASE NO. CR-93-00132

SPECIAL ASSESSMENT FEE AMOUNT: $ 400.00

(✓) RESTITUTION                ( ) FINE

TOTAL AMOUNT: $ 34,251.40      TOTAL AMOUNT: $ _____

## PAYMENTS RECEIVED

| DATE | | AMOUNT | RECEIPT NO. |
|---|---|---|---|
| 3/9/95 | S/A | $ 25.00 | 11465 |
| 3/24/95 | S/A | 25.00 | 11511 |
| 4/24/95 | S/A | 25.00 | 11598 |
| 5/16/95 | S/A | 50.00 | 11688 |
| 7/27/95 | S/A | 25.00 | 11927 |
| 8/22/95 | S/A | 50.00 | 12008 Reot. |
| 9/7/95 | S/A | 25.00 | 12059 |
| 11/2/95 | S/A | 50.00 | 12212 |
| 7/1/96 | R | 25.00 | 12890 |
| 8/5/96 | R | 25.00 | 12996 |
| 9/12/96 | R | 25.00 | 13106 |
| 10/2/96 | R | 25.00 | 13155 |
| 11/12/96 | R | 25.00 | 13256 |
| 12/2/96 | R | 25.00 | 13301 |
| 1/23/97 | R | 25.00 | 13455 |
| 2/5/97 | R | 25.00 | 13498 |
| 3/3/97 | R | 50.00 | 13570 |

SUBTOTAL: $ 525.00



FILE

Nº 035

**District Court of Guam
at Agana, Guam**

RECEIPT FOR PAYMENT

Date: June 26, 1995

Received From: Rogelio L. Cainggat
P.O. Box 8265
Tamuning, Gu. 96931

Remarks: (partial) Assessment fee

| Account | Amount |
|---|---|
| 504/100 | 50.00 |
| | |
| | |
| | |
| Total: | $50.00 |

Case Number/Reference: CR 93-00132

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: 6/26/95 | Cash | Check | M.O. X |

Deputy Clerk: [signature]

Distribution: White-Original  Yellow-Duplicate  Pink-Triplicate

RECEIVED
JUN 29 1995
U.S. ATTORNEY'S OFFICE
District of Guam

## PAYMENT RECEIVED - CONTINUATION

NAME: Rogelio L. Cuingat   CASE NO. CR-93-00132

| DATE | AMOUNT | RECEIPT NO. |
|---|---|---|
| 5/1/97 R | $ 25.00 | 13735 |
| 6/4/97 R | 25.00 | 13849 |
| 7/11/97 R | 25.00 | 13965 |
| 8/4/97 R | 25.00 | 14022 |
| 9/8/97 R | 25.00 | 14067 |
| 10/14/97 R | 25.00 | 14187 |
| 12/5/97 R | 50.00 | 14325 |
| 2/1/98 2/19/98 R | 25.00 | 14555 |

SUBTOTAL: $ _____

# STATE OF CALIFORNIA
### DEPARTMENT OF HEALTH SERVICES

**94-169652**

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

Local Registration Number: 3-94-47-000312

**Decedent Personal Data**

| | | |
|---|---|---|
| 1. Name of Decedent—First: Alice | 2. Middle: Carr | 3. Last (Family): Dyrsmid |
| 4. Date of Birth: 06/14/1901 | 5. Age: 93 | 6. Sex: F |
| 7. Date of Death: 09/30/1994 | 8. Hour: 1142 | |
| 9. State of Birth: CA | 10. Social Security No.: 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 | 11. Military Service: None |
| 12. Marital Status: Widowed | 13. Education—Years Completed: 16 | |
| 14. Race: White | 15. Hispanic: No | 16. Usual Employer: Lincoln High School |
| 17. Occupation: Teacher | 18. Kind of Business: Secondary Ed. | 19. Years in Occupation: 8 |

**Usual Residence**
- 20. Street: 705 N. Hwy 3
- 21. City: Etna
- 22. County: Siskiyou
- 23. Zip: 96027
- 24. Yrs in County: 6
- 25. State: California

**Informant**
- Name/Relationship: W. J. Morrison--nephew
- Mailing Address: 705 N. Hwy 3, Etna, CA 96027

**Spouse and Parent Information**
- 31. Name of Father—First: James
- 32. Middle: Hale
- 33. Last: Carr
- 34. Birth State: VA
- 35. Name of Mother—First: Lena
- 36. Middle: M.
- 37. Last Maiden: McConnell
- 38. Birth State: IA

**Funeral Director and Local Registrar**
- 39. Date of Disposition: 10/07/1994
- 40. Place of Final Disposition: Newcastle Cemetery, Newcastle, CA
- 41. Type of Disposition: Cremation
- 42. Not Embalmed
- 44. Name of Funeral Establishment: Girdner Funeral Chapel
- 45. License No.: FD 201
- 47. Date: 10/05/1994

**Place of Death**
- 101. Place of Death: Beverly Manor Conv. Hosp.
- 105. Street Address: 1515 South Oregon
- County: Siskiyou
- City: Yreka

**Cause of Death**
- Immediate Cause (a): Cardiorespiratory Arrest — min.
- Due to (b): Intractable Congestive Heart Failure — mnths.
- Due to (c): Ischemic Cardiomyopathy — yrs.
- Due to (d): Coronary Artery Disease — yrs.
- 112. Other Significant Conditions: Dementia

- Death Reported to Coroner: Yes — 94-2877
- Biopsy Performed: No
- Autopsy Performed: No
- Used in Determining Cause: No

**Physician's Certification**
- 06-28-88 / 06-17-94
- Physician: George Laws, MD
- License No.: G51933
- Date: 10/04/1994

---

This is to certify that this document is a true copy of the official record filed with the Office of Vital Records.

01 DEC -3 PM 1:59

*001283355*

MICHAEL L. RODRIAN
STATE REGISTRAR OF VITAL RECORDS
DATE ISSUED

Victim Restitution Confirmation/Assignment
RE: <u>United States vs. Rogelio L. Caingat</u>, Criminal Court No. 93-00132

RETURN TO: UNITED STATES ATTORNEY'S OFFICE
ATTN: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059

---

____ The address listed below is correct.

Jesus P. Lopez

Los Angeles, CA 90034

---

X The address is incorrect. Please forward to the following address:

Jesus Lopez

Norwalk, CA 90650

**U.S. ATTORNEY'S OFFICE**
**DISTRICTS OF GUAM & NMI**

**APR 05 2005**

**RECEIVED**

---

My tax identification number/social security number is ███-██-2291 

*With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this Restitution Confirmation / Assignment is submitted by me to effect action by the U.S. Department of Justice, I certify that I believe the above statement is true.*

**RECEIVED**
**APR 18 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

_____
(LEGAL SIGNATURE)

Name, Title and Contact Number (Please Print)

JESUS LOPEZ

(███) ███-6691

---

____ I (we) elect to assign the restitution ordered to be paid to the Federal Crime Victim's Fund. By my signature below I certify that I have the authority to make this assignment.

_____
(LEGAL SIGNATURE)

B