CAINGAT_R.ord2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

MAR -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROGELIO L. CAINGAT, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 93-00132 <br><br> **O R D E R** <br><br> Re: United States Petition for <br> Disbursement of Unclaimed Funds |

Based upon the Plaintiff's, Petition for Disbursement of Unclaimed Funds, the amount of $11.64 owed to Jesus P. Lopez currently held in unclaimed funds shall be disbursed to Jesus P. Lopez at the address provided.

DATED this 2nd day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam

ORIGINAL