CAINGAT_R.ord2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO L. CAINGAT,<br><br>Defendant. | CRIMINAL CASE NO. 93-00132<br><br>**A M E N D E D<br>O R D E R**<br><br>Re: United States Petition for<br>    Disbursement of Unclaimed Funds |

Based upon the Plaintiff's Petition for Disbursement of Unclaimed Funds, the amount of $11.94 owed to Jesus P. Lopez currently held in unclaimed funds shall be disbursed to Jesus P. Lopez at the address provided, *nunc pro tunc* to March 2, 2006.

DATED this 14th day of March 2006.

                                                      JOAQUIN V.E. MANIBUSAN, JR.
                                                        U.S. Magistrate Judge

**ORIGINAL**