ORIGINAL

1 CAINGAT_R.sat

2 LEONARDO M. RAPADAS
United States Attorney
3 MS. MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: 472-7332
6 FAX: 472-7215

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

7 Attorney's for United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00132 |
| Plaintiff, ) | |
| vs. ) | **SATISFACTION OF JUDGMENT** |
| ROGELIO LINGAT CAINGAT, ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Department of Land Management, Territory of Guam, on **August 17, 1994**, as Instrument Number **514374**.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 20th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney